Argued and submitted June 25, petition for judicial review dismissed
December 17, 1997

RICHARD LYNN EADS,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

(CA A92575)

950 P2d 416

Andy Simrin, Deputy Public Defender, argued the cause for petitioner. With him on the brief was Sally L. Avera, Public Defender.

Mary H. Williams, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Petition for judicial review dismissed. ORS 144.335(3); *Luckey v. Board of Parole*, 150 Or App 480, 946 P2d 361 (1997).